UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRANG NGUYEN, *on behalf of herself and all others similarly situated,*

                    Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC,

                    Defendant.

1: 17-cv-04983

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff are hereby dismissed without prejudice in their entirety as against the Defendant, MARRIOTT INTERNATIONAL INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 31, 2017
      New York, New York

LEE LITIGATION GROUP, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: (212) 465-1188

_____
C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J
8/2/17